**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Timothy Don LAW, Defendant-**
**Appellant**

**No. 16-10508**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed January 30, 2017

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Northern

District of Texas, Dallas, TX, for Plaintiff-Appellee

Timothy Don Law, Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Timothy Don Law has moved for leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Law has not filed a response. We have reviewed counsel's motion and concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. *See United States v. Pesina–Rodriguez*, 825 F.3d 787, 788 (5th Cir. 2016). Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.